■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY J. MOUTRAY, Appellant. [804 NYS2d 271]—Appeal by the

defendant from a judgment of the County Court, Putnam County (Miller, J.), rendered January 21, 2004, convicting him of manslaughter in the second degree, vehicular manslaughter in the second degree, driving while intoxicated, and leaving the scene of an accident, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Ritter, Goldstein, Skelos and Dillon, JJ., concur.